UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No. 21-CR-541 (PLF) |
| ) | |
| FI DUONG, ) | |
| ) | |
| Defendant. ) | |

MOTION TO CONTINUE SENTENCING

Due to a medical condition I am unable to travel and write to seek continuance of the October 21, sentencing date. The parties are available on October 30, 2024, November 5, and November 6, 2024, from 10:00 a.m. to 4:00 p.m. We are also available on October 31, 2024 from 10:00 a.m. to 1:00 p.m.

Mr. Duong is on bail and compliant with all the imposed conditions of release. I thank the Court for its time and consideration of these matters.

                Respectfully submitted,

                Sabrina Shroff
                80 Broad Street, 19th Floor
                New York, New York 10004

                /s/Office of the Federal Public Defender
                625 Indiana Ave., N.W., Suite 550
                Washington, D.C.  20004

Dated: October 17, 2024